UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY WILSON and TAMMY WILSON                          PLAINTIFFS

v.                    CASE NO. 4:08cv3666 BSM

TRACY LYNN BROWN, PANSY PARKS,                           DEFENDANTS
and UNION PACIFIC RAILROAD COMPANY


UNION PACIFIC RAILROAD COMPANY                           CROSS-PLAINTIFF

v.

TRACY LYNN BROWN and PANSY PARKS                         CROSS-DEFENDANTS

## ORDER

Plaintiff Anthony Wilson and separate defendant Union Pacific Railroad Company (Union Pacific) represent that they have settled their dispute and jointly move for dismissal of Wilson's complaint against Union Pacific.

Accordingly, Wilson's complaint against Union Pacific is dismissed with prejudice.

IT IS SO ORDERED this 28th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE