UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY WILSON and TAMMY WILSON                          PLAINTIFFS

v.                    CASE NO. 4:08cv3666 BSM

TRACY LYNN BROWN, PANSY PARKS,                           DEFENDANTS
and UNION PACIFIC RAILROAD COMPANY


UNION PACIFIC RAILROAD COMPANY                           CROSS-PLAINTIFF

v.

TRACY LYNN BROWN and PANSY PARKS                         CROSS-DEFENDANTS

## ORDER

Separate defendant Union Pacific Railroad Company (Union Pacific) moves for the dismissal of its crossclaim against separate defendants Tracy Lynn Brown and Pansy Parks. On October 28, 2009, an order was entered dismissing plaintiff Anthony Wilson's claims against Union Pacific. Union Pacific now requests that its crossclaim against Brown and Parks be dismissed without prejudice.

Accordingly, Union Pacific's crossclaim against Brown and Parks is dismissed without prejudice.

IT IS SO ORDERED this 29th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE