UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY WILSON and TAMMY WILSON                          PLAINTIFFS

v.                    CASE NO. 4:08cv3666 BSM

TRACY LYNN BROWN, PANSY PARKS,                           DEFENDANTS
and UNION PACIFIC RAILROAD COMPANY


TRACY LYNN BROWN and PANSY PARKS                         CROSS-PLAINTIFFS

v.

UNION PACIFIC RAILROAD COMPANY                           CROSS-DEFENDANTS

## ORDER

Upon the joint motion of plaintiffs, Anthony Wilson and Tammy Wilson ("the Wilsons"), and defendants, Tracy Lynn Brown and Pansy Parks ("Brown and Parks") [Doc. No. 27], the claim against Brown and Parks and the crossclaim against defendant Union Pacific Railroad Company are dismissed with prejudice. The pending motions to excuse Union Pacific from trial [Doc. No. 22], and to strike crossclaim [Doc. No. 23] are denied as moot.

IT IS SO ORDERED this 14th day of December, 2009.


_____
UNITED STATES DISTRICT JUDGE